450 A.2d 1056

Heist, Appellant v. Braun etc.

Argued December 16, 1981.
Neil E. Jokelson, for appellant; Frederick C. Fletcher, III, for appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

Judgment and order affirmed.